DOMINICA C. ANDERSON (SBN 2988)
HOLLY S. STOBERSKI (SBN 5490)
**DUANE MORRIS LLP**
100 North City Parkway, Suite 1560
Las Vegas, NV 89106
Telephone: 702.868.2600
Facsimile: 702.385.6862
E-Mail: dcanderson@duanemorris.com
 hstoberski@duanemorris.com

Attorneys for Defendant,
U.S. Bank National Association

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JACYL D. TACANG,<br><br>　　　　　　Plaintiff,<br>v.<br><br>U.S. BANK HOME MORTGAGE,<br><br>　　　　　　Defendant. | Case No.: 2:18-cv-01431-JCM-CWH<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANT U.S. BANK NATIONAL ASSOCIATION TO ANSWER OR RESPOND TO PLAINTIFF'S COMPLAINT**<br><br>**(First Request)**<br><br>**Current Due Date:** August 30, 2018<br>**New Due Date:**　　October 1, 2018 |

Defendant U.S. Bank National Association (sued herein as "U.S. Bank Home Mortgage") ("U.S. Bank") and plaintiff Jacyl D. Tacang ("Plaintiff") by and through her counsel of record, hereby stipulate and agree as follows:

## RECITALS

**WHEREAS** on August 2, 2018, Plaintiff filed her Complaint in this action with this Court;

**WHEREAS** on August 9, 2018, Plaintiff caused the Complaint to be served on U.S. Bank;

**WHEREAS**, U.S. Bank's current deadline to respond to Plaintiffs' Complaint is August 30, 2018;

**WHEREAS**, Plaintiff and U.S. Bank are currently engaged in early settlement discussions which may resolve this matter;

WHEREAS, U.S. Bank has not requested nor obtained any prior extensions to respond to Plaintiff's Complaint;

WHEREAS, pursuant to LR IA 6-1(a) and LR II 7-1, Plaintiff and U.S. Bank have agreed to extend U.S. Bank's deadline to respond to the Complaint for a period not greater than thirty days, from August 30, 2018, to October 1, 2018.

**IT IS HEREBY STIPULATED AND AGREED BY AND BETWEEN THE PARTIES AS FOLLOWS:**

U.S. Bank's deadline to respond to the Complaint is extended to October 1, 2018.

IT IS SO STIPULATED.

DATED: August 17, 2018     **HAINES & KRIEGER, LLC**

By: */s/ Shawn M. Miller*
David H. Krieger (SBN 9086)
Shawn W. Miller (SBN: 7825)
8985 S. Eastern Ave., Suite 350
Henderson, NV 89123
*Attorneys for Plaintiff JACYL D. TACANG*

DATED: August 17, 2018     **DUANE MORRIS LLP**

By: */s/ Holly S. Stoberski, Esq.*
Dominica C. Anderson (SBN 2988)
Holly S. Stoberski (SBN 5490)
*Attorneys for Defendant U.S. BANK NATIONAL ASSOCIATION*

### [PROPOSED] ORDER

Good cause appearing, the deadline for defendant U.S. Bank to respond to the Complaint of plaintiff Jacyl D. Tacang is extended to October 1, 2018.

**IT IS SO ORDERED.**

Dated: August 20, 2018

_____
UNITED STATES MAGISTRATE JUDGE

# CERTIFICATE OF SERVICE

1. On August 17, 2018, I served the following document(s):

   **STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANT U.S. BANK NATIONAL ASSOCIATION TO ANSWER OR RESPOND TO PLAINTIFF'S COMPLAINT (FIRST REQUEST)**

2. I served the above-named document by the following means to the persons listed below:

   ☒ BY electronic transmission through the CM/EFC filing system of the United States District Court, District of Nevada.

   David H. Krieger
   Shawn W. Miller
   HAINES & KRIEGER, LLC
   8985 S. Eastern Ave., Suite 350
   Henderson, NV 89123
   *Attorneys for Plaintiff Jacyl D. Tacang*
   Email: dkrieger@hainesandkrieger.com

   ☐ BY Mail: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing and electronic service. Under that practice it would be deposited with the U.S. postal service on that same day with postage thereon fully prepaid at Las Vegas, Nevada, in the ordinary course of business, and also served via electronic mail.

3. I declare under penalty of perjury that the foregoing is true and correct.

   SIGNED: August 17, 2018

   Janice R. Reeder                           /s/ Janice R. Reeder
   (Name of Declarant)                        (Signature of Declarant)