DOMINICA C. ANDERSON (SBN 2988)
HOLLY S. STOBERSKI (SBN 5490)
**DUANE MORRIS** LLP
100 North City Parkway, Suite 1560
Las Vegas, NV 89106
Telephone: 702.868.2600
Facsimile: 702.385.6862
E-Mail: dcanderson@duanemorris.com
       hstoberski@duanemorris.com

Attorneys for Defendant,
U.S. Bank National Association

### UNITED STATES DISTRICT COURT

### DISTRICT OF NEVADA

| | |
|---|---|
| JACYL D. TACANG,<br><br>         Plaintiff,<br><br>v.<br><br>U.S. BANK HOME MORTGAGE,<br><br>         Defendant. | Case No.: 2:18-cv-01431-JCM-CWH<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANT U.S. BANK NATIONAL ASSOCIATION TO ANSWER OR RESPOND TO PLAINTIFF'S COMPLAINT**<br><br>**(Second Request)**<br><br>**Current Due Date:** October 1, 2018<br>**New Due Date:**    October 22, 2018 |

Defendant U.S. Bank National Association (sued herein as "U.S. Bank Home Mortgage") ("U.S. Bank") and plaintiff Jacyl D. Tacang ("Plaintiff") by and through her counsel of record, hereby stipulate and agree as follows:

### RECITALS

**WHEREAS** on August 2, 2018, Plaintiff filed her Complaint in this action with this Court;

**WHEREAS** on August 9, 2018, Plaintiff caused the Complaint to be served on U.S. Bank;

**WHEREAS**, the parties' First Stipulation to Extend Time to October 1, 2018, for U.S. Bank to Answer or Respond to Plaintiff's Complaint, was approved by the Court on August 20, 2018 [ECF No. 6].

**WHEREAS**, Plaintiff and U.S. Bank are engaged in good faith early settlement discussions, which may resolve this matter;

WHEREAS, this is the second mutual stipulation by the parties to extend the time for U.S. Bank to answer or respond to Plaintiff's Complaint;

WHEREAS, pursuant to LR IA 6-1(a) and LR II 7-1, Plaintiff and U.S. Bank have agreed to extend U.S. Bank's deadline to respond to the Complaint for a period not greater than twenty-one days, from October 1, 2018, to October 22, 2018.

**IT IS HEREBY STIPULATED AND AGREED BY AND BETWEEN THE PARTIES AS FOLLOWS:**

U.S. Bank's deadline to respond to the Complaint is extended to October 22, 2018.

IT IS SO STIPULATED.

DATED: September 21, 2018

**HAINES & KRIEGER, LLC**

By: */s/ Shawn W. Miller*
David H. Krieger (SBN 9086)
Shawn W. Miller (SBN: 7825)
8985 S. Eastern Ave., Suite 350
Henderson, NV 89123
*Attorneys for Plaintiff JACYL D. TACANG*

DATED: September 21, 2018

**DUANE MORRIS LLP**

By: */s/ Holly S. Stoberski, Esq.*
Dominica C. Anderson (SBN 2988)
Holly S. Stoberski (SBN 5490)
*Attorneys for Defendant U.S. BANK NATIONAL ASSOCIATION*

**[PROPOSED] ORDER**

Good cause appearing, the deadline for defendant U.S. Bank to answer or respond to the Complaint of plaintiff Jacyl D. Tacang is extended to October 22, 2018.

**IT IS SO ORDERED.**

Dated: September 25, 2018
_____

_____
United States Magistrate Judge

**CERTIFICATE OF SERVICE**

1.  On September 21, 2018, I served the following document(s):

**STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANT U.S. BANK NATIONAL ASSOCIATION TO ANSWER OR RESPOND TO PLAINTIFF'S COMPLAINT (SECOND REQUEST)**

2.  I served the above-named document by the following means to the persons listed below:

☒ BY electronic transmission through the CM/EFC filing system of the United States District Court, District of Nevada.

David H. Krieger
Shawn W. Miller
HAINES & KRIEGER, LLC
8985 S. Eastern Ave., Suite 350
Henderson, NV 89123
*Attorneys for Plaintiff Jacyl D. Tacang*
Email: dkrieger@hainesandkrieger.com

☐ BY Mail: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing and electronic service. Under that practice it would be deposited with the U.S. postal service on that same day with postage thereon fully prepaid at Las Vegas, Nevada, in the ordinary course of business, and also served via electronic mail.

3.  I declare under penalty of perjury that the foregoing is true and correct.

SIGNED: September 21, 2018

Jana Dailey                                    */s/ Jana Dailey*
(Name of Declarant)                      (Signature of Declarant)