DOMINICA C. ANDERSON (SBN: 2988)
HOLLY S. STOBERSKI (SBN: 5490)
**DUANE MORRIS LLP**
100 North City Parkway, Suite 1560
Las Vegas, NV 89106
Telephone: 702.868.2600
Facsimile: 702.385.6862
E-Mail: dcanderson@duanemorris.com
        hstoberski@duanemorris.com
*Attorney for Defendant U.S. Bank National Association (sued as U.S. Bank Home Mortgage)*

DAVID H. KRIEGER (SBN: 9086)
SHAWN W. MILLER (SBN: 7825)
**HAINES & KRIEGER, LLC**
8985 S. Eastern Ave., Suite 350
Henderson, NV 89123
Telephone: 702.880.5554
Facsimile: 702.967.6658
E-Mail: davidkrieger@hainesandkrieger.com
        smiller@hainesandkrieger.com
*Attorney for Plaintiff Jacyl Tacang*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JACYL D. TACANG,<br><br>          Plaintiff,<br>v.<br><br>U.S. BANK HOME MORTGAGE,<br><br>          Defendant. | Case No.: 2:18-cv-01431-JCM-CWH<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE; ORDER**<br><br>[FED. R. CIV. P. 41(A)] |

Plaintiff Jacyl D. Tacang ("Plaintiff") and defendant U.S. Bank National Association (sued herein as U.S. Bank Home Mortgage, "Defendant") hereby stipulate as follows:

    1.    This action, and each and every claim asserted in the action, shall be dismissed in its entirety with prejudice as to Defendant; and

    2.    Plaintiff and Defendant shall each bear its own attorney's fees and costs.

IT IS SO STIPULATED.

DATED: December 20, 2018        **HAINES & KRIEGER, LLC**

By: /s/ David H. Krieger
David H. Krieger (SBN 9086)
Sean Miller (SBN: 7825)
8985 S. Eastern Ave., Suite 350
Henderson, NV 89123
*Attorneys for Plaintiff JACYL D. TACANG*

DATED: December 20, 2018        **DUANE MORRIS LLP**

By: /s/ Holly S. Stoberski
Dominica C. Anderson (SBN 2988)
Holly S. Stoberski (SBN 5490)
*Attorneys for Defendant U.S. BANK NATIONAL ASSOCIATION*

## ORDER

Pursuant to the stipulation of the Parties, Defendant is dismissed with prejudice, and Plaintiff and Defendant shall each bear its own attorneys' fees and costs.

IT IS SO ORDERED.

Dated: December 21, 2018

*/s/ James C. Mahan*
United States District Judge
Hon. James C. Mahan

# CERTIFICATE OF SERVICE

1. On December 20, 2018, I served the following document(s):

   **STIPULATION OF DISMISSAL WITH PREJUDICE**

2. I served the above-named document by the following means to the persons listed below:

   ☒ BY electronic transmission through the CM/EFC filing system of the United States District Court, District of Nevada.

   David H. Krieger
   HAINES & KRIEGER, LLC
   8985 S. Eastern Ave., Suite 350
   Henderson, NV 89123
   *Attorneys for Plaintiff Jacyl D. Tacang*
   Email: dkrieger@hainesandkrieger.com

   ☐ BY Mail: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing and electronic service. Under that practice it would be deposited with the U.S. postal service on that same day with postage thereon fully prepaid at Las Vegas, Nevada, in the ordinary course of business, and also served via electronic mail.

3. I declare under penalty of perjury that the foregoing is true and correct.

   SIGNED: December 20, 2018

   Janice R. Reeder                           */s/ Janice R. Reeder*
   (Name of Declarant)                        (Signature of Declarant)